# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 7/10/2025 | Case Number: | 2:24-cr-00157 |
| Case Style: | USA vs. Jason Allen Rhule | | |
| Type of hearing: | Sentencing | | |
| Before the Honorable: | 2515-Johnston | | |
| Court Reporter: | Ayme Cochran | Courtroom Deputy: | Staci Wilson |

Attorney(s) for the Plaintiff or Government:
Lesley Shamblin

Attorney(s) for the Defendant(s):
David Bungard

| | |
|---|---|
| Law Clerk: | Derek Webber |
| Probation Officer: | Olivya Jones |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 2:08 PM | 3:58 PM | Court actively conducting trial proceedings/Contested proceedings |
| 4:23 PM | 4:38 PM | Court actively conducting trial proceedings/Contested proceedings |

Time in court: 2 hours and 5 minutes. Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

Scheduled Start 2:00 p.m.
Actual Start 2:08 p.m.

Defendant present in person and by counsel for sentencing as to Count One.
Defendant placed under oath.
Court addresses PSR and remaining objections.

Government calls MATTHEW STORY; oath given.
Direct by Ms. Shamblin.
Government Exhibit 1 marked and admitted.
Cross by Mr. Bungard.
Redirect by Ms. Shamblin.

Government calls ANTHONY SMITH; oath given.
Direct by Ms. Shamblin.
Government Exhibit 2 marked and admitted.
Cross by Mr. Bungard.

Government calls ROBERT SEVOR; oath given.
Direct by Ms. Shamblin.
Government Exhibit 3 marked and admitted.
Cross by Mr. Bungard.
Redirect by Ms. Shamblin.
Recross by Mr. Bungard.

Government calls SAMANTHA BABER; oath given.
Direct by Ms. Shamblin.
Government Exhibit 4 marked and admitted.
Cross by Mr. Bungard.

Court adopts findings in PSR.
Court adjudges Defendant guilty pursuant to prior plea.
Court makes U.S.S.G. findings.
Defendant speaks on own behalf.

Counsel speak before sentence is imposed.

Court recessed: 3:58 p.m.
Court reconvened: 4:23 p.m.

After considering advisory U.S.S.G. ranges and Sec. 3553(a) factors, Court imposes sentence as follows:
Custody: 77 months
Supervised Release: 3 years
Fine: none imposed
Assessment: $100
Court states reasons for sentence imposed.
Defendant remanded.
Defendant advised of right to appeal.
Court directs that PSR be filed under seal.
Court recessed at 4:38 p.m.