AO 187 (Rev. 7/87) | USDC/CRT-009 (Rev. 1/16) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON



FILED
JUL 11 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.

JASON ALLEN RHULE

**EXHIBIT AND WITNESS LIST**

Case Number: 2:24-cr-157

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Thomas E. Johnston | Lesley Shamblin | David Bungard |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 07/10/2025 | Ayme Cochran | Staci Wilson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* OR NAME OF WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7-10-25 | | | MATTHEW STORY |
| 2 | | 7-10-25 | | | ANTHONY SMITH |
| 3 | | 7-10-25 | | | ROBERT SEVOR |
| 4 | | 7-10-25 | | | SAMANTHA BABER |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of _____ Pages