IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　　Criminal No. 2:24-cr-00157

JASON ALLEN RHULE

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the above-named defendant, Jason Allen Rhule, by his counsel, Assistant Federal Public Defender David R. Bungard, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action on July 11, 2025 [Dkt. No. 60].

Respectfully submitted this 24th day of July, 2025.

　　　　　　　　　　　　　　　　　　　　JASON ALLEN RHULE

　　　　　　　　　　　　　　　　　　　　By Counsel

**WESLEY P. PAGE**
**FEDERAL PUBLIC DEFENDER**

**s/David R. Bungard**
David R. Bungard, Bar Number: 5739
Assistant Federal Public Defender
Office of the Federal Public Defender
300 Virginia Street, East, Room 3400
Charleston, West Virginia  25301
Telephone: (304) 347-3350
Facsimile: (304) 347-3356
E-mail: david_bungard@fd.org