FILED: July 25, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-4403
(2:24-cr-00157-1)

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JASON ALLEN RHULE

    Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Southern District of West Virginia at Charleston |
| Originating Case Number | 2:24-cr-00157-1 |
| Date notice of appeal filed in originating court: | 07/24/2025 |
| Appellant(s) | Jason Allen Rhule |
| Appellate Case Number | 25-4403 |
| Case Manager | Karen Stump<br>804-916-2702 |