FILED: July 25, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4403
(2:24-cr-00157-1)

_____

UNITED STATES OF AMERICA

 Plaintiff - Appellee

v.

JASON ALLEN RHULE

 Defendant - Appellant

_____

O R D E R
_____

The court appoints the Federal Defender for the Southern District of West Virginia at Charleston to represent Jason Allen Rhule in this case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk